```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ORRIN FALBY,

              Plaintiff,

     -against-

GREENBERG TRAURIG, LLP and
JOHN DOES 1-100, the actual names of such
individuals or entities being unknown,

              Defendants.
----------------------------------------X

12 Civ. 9317 (MGC)

**STIPULATION OF DISMISSAL**

     The parties, through the signatures of their counsel on this Stipulation, stipulate to voluntarily dismiss this action with prejudice and without costs to either party.

     It is further stipulated and agreed that this stipulation may be signed by electronic means and that such electronic signatures shall be deemed to be original signatures and filed with the Court.

For the Plaintiff Orrin Falby:

Cary Kane LLP

By: _____
Melissa S. Chan
1350 Broadway, Suite 1400
New York, New York 10018
(212) 871-0538
mchan@carykane.com
Attorneys for Plaintiff

Dated: 1/31/14

For the Defendant Greenberg Traurig, LLP:

Steptoe & Johnson LLP

By: _____
Justin Y. K. Chu
1114 Avenue of the Americas
New York, New York 10036
(212) 378-7616
jchu@steptoe.com
Attorneys for Defendant

Dated: Jan. 31, 2014

So ordered. February 11, 2014

S/ _____
United States District Judge

Stipulation of Dismissal.doc